UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LATESHA A CATLIN, | CASE NO. C15-250 BJR |
| Plaintiff, | ORDER DENYING REQUEST TO EXTEND TRIAL DATE |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

The Court has received and reviewed the parties' Stipulation and Proposed Order to Extend Trial Date. (Dkt. No. 38)

The parties indicate that, if their February mediation is unsuccessful in resolving their matter, "they will need more time to prepare before trial, which is currently set for March 6, 2017." *Id.* at 1. They provide no explanation or justification for their lack of preparedness for a trial date which was set nearly a year ago. The fact that counsel, because of their own schedules, are not available for trial until October, 2017 is likewise unacceptable.

The request is DENIED; the trial date will remain as set.

1   The clerk is ordered to provide copies of this order to all counsel.

2   Dated: January 18, 2017.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER DENYING REQUEST TO EXTEND TRIAL DATE - 2